IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

KIMBERLY LARSON                                                                    PLAINTIFF

v.                                            CIVIL NO. 11-4013

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                     DEFENDANT

**O R D E R**

    For reasons stated in a memorandum opinion of this date, we hereby grant Plaintiff's motion and remand this case to the Commissioner for further consideration pursuant to sentence six of 42 U.S.C. § 405(g).

    IT IS SO ORDERED this 29th day of February 2012.

/s/ *Erin L. Setser*
HON. ERIN L. SETSER
UNITED STATES MAGISTRATE JUDGE

AO72A
(Rev. 8/82)